UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Aaron Kirk and Amy Kirk,  Case No.: 0:23-cv-01758 PJS-LIB

   Plaintiffs,

vs.

City of Duluth; et al.,

   Defendants.

## STIPULATION FOR TIME TO RESPOND TO COMPLAINT

  WHEREAS, Plaintiffs have filed a Complaint (Doc. 1), asserting claims against the City of Duluth and various individual defendants; and

  WHEREAS, undersigned counsel for Defendants City of Duluth and Michael Ceynowa, Carl Crawford, Robert Grytdahl[1], Jeffrey Kazel, Steven Pruse, Gordon Ramsay[2], Sara Schutte[3], and Ronald Tinsley has accepted service of process on their behalf; and

  WHEREAS, Plaintiffs and Defendants City of Duluth and Ceynowa, Crawford, Grytdahl, Kazel, Pruse, Ramsay, Schutte, and Tinsley, through their undersigned respective counsel have agreed to a deadline of August 15, 2023, for Defendants City of

---

[1] The Caption misspells Mr. Grytdahl's last name as "Grydahl."
[2] The Caption misspells Mr. Ramsay's first name as "Gordan."
[3] The Caption misspells Ms. Schutte's last name as "Schultee."

Duluth and Ceynowa, Crawford, Grytdahl, Kazel, Pruse, Ramsay, Schutte, and Tinsley to answer or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants City of Duluth and Ceynowa, Crawford, Grytdahl, Kazel, Pruse, Ramsay, Schutte, and Tinsley that Defendants City of Duluth and Ceynowa, Crawford, Grytdahl, Kazel, Pruse, Ramsay, Schutte, and Tinsley's time to answer or otherwise respond to the Complaint in this case shall be August 15, 2023.

Dated: June 22, 2023                REBECCA ST. GEORGE, City Attorney

                                    and

                                    /s/Elizabeth Sellers Tabor
                                    ELIZABETH SELLERS TABOR (#0395652)
                                    Assistant City Attorney
                                    411 West First Street, Rm. 440
                                    Duluth, MN  55802
                                    etabor@duluthmn.gov
                                    Telephone:  218-730-5281
                                    *Attorneys for Defendants City of Duluth and Ceynowa, Crawford, Grytdahl, Kazel, Pruse, Ramsay, Schutte, and Tinsley*


Dated: June 21, 2023                /s/Philip F. Fishman
                                    Phillip F. Fishman (#29622)
                                    8751 Woodcliff Road
                                    Bloomington, MN 55438
                                    phil@pfflegal.com
                                    Telephone:  612-360-0312
                                    *Attorney for Plaintiffs*