UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Aaron Kirk, Amy Kirk,                                             Civil No. 23-1758 (PJS/LIB)

         Plaintiffs,

  vs.                                                                              ORDER ADOPTING
                                                           REPORT AND RECOMMENDATION

City of Duluth, Minnesota, a Municipal Corporation
organized under the laws of the State of Minnesota;
Gordan Ramsay, former Chief of the Duluth Police
Department (in his official and personal capacity);
Michael Ceynowa, current Chief of the Duluth Police
Department (in his official and personal capacity);
Jeffrey Kazel, current supervisor with the Duluth Police
Department (in his official and personal capacity);
Kristina Shulete, current officer with the Duluth Police
Department (in her official and personal capacity);
Ronald Tinsley, current officer with the Duluth Police
Department (in his official and personal capacity);
James Rodman, current officer with the Duluth Police
Department (in his official and personal capacity);
Steven Pruse, current officer with the Duluth Police
Department (in his official and personal capacity);
Sara Schultee, current officer with the Duluth Police
Department (in his official and current capacity);
Robert Grydahl, former officer with the Duluth Human
Rights Commission (in his official and personal capacity);
Carl Crawford, current officer with the Duluth Human
Rights Commission (in his official and personal capacity);
Dustin James Turcotte;

         Defendants.

* * * * * * * * * * * * * * * * *

      Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. This action as alleged against defendants Kristina Shulete and James Rodman is **DISMISSED without prejudice.**

DATED: 12/20/23  
At Minneapolis, Minnesota

s/Patrick J. Schiltz  
Patrick J. Schiltz, Chief Judge  
United States District Court