# UNITED STATES DISTRICT COURT
## District of Minnesota

**CLERK'S ENTRY OF DEFAULT**

Aaron Kirk, Amy Kirk,

                                    Plaintiffs,

v.

                                                   Case Number:  23-cv-1758 PJS/LIB

City of Duluth, Minnesota, Gordon Ramsey,
Michael Ceynowa, Jeffrey Kazel, Ronald Tinsley,
Steven Pruse, Sara Schultee, Robert Grydahl,
Carl Crawford, Dustin James Turcotte,

                        Defendants.

It appearing that defendant Dustin James Turcotte is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiffs, Aaron Kirk, Amy Kirk,

    DEFAULT IS HEREBY ENTERED against Dustin James Turcotte.


Date: 1/5/2024                                          KATE M. FOGARTY, CLERK