UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| AARON KIRK and AMY KIRK, | Case No. 23-CV-1758 (PJS/LIB) |
| Plaintiffs, | |
| v. | |
| CITY OF DULUTH; GORDAN RAMSEY, former Chief of the Duluth Police Department, in his official and personal capacity; MICHAEL CEYNOWA, Chief of the Duluth Police Department, in his official and personal capacity; JEFFREY KAZEL, supervisor with the Duluth Police Department, in his official and personal capacity;  RONALD TINSLEY, STEVEN PRUSE, and SARA SCHUTTE, officers with the Duluth Police Department, in their official and current capacities; ROBERT GRYDAHL, former officer with the Duluth Human Rights Commission, in his official and personal capacity; CARL CRAWFORD, officer with the Duluth Human Rights Commission, in his official and personal capacity); DUSTIN JAMES TURCOTTE, | |
| Defendants. | |

---

**PLAINTIFFS' MOTION TO
APPROVE MINOR SETTLEMENT**

---

Plaintiffs Aaron Kirk and Amy Kirk hereby move for an order approving a Settlement Agreement and Full and Final Release of All Claims that includes a release extending to and including the Kirks' minor daughter. Plaintiffs' motion is based on the

accompanying declarations and Memorandum of Law, and this Court's authority to approve minor settlements.

| | |
|---|---|
| Dated:  August 5, 2024 | **BRADFORD ANDERSEN NORRIE & CAMAROTTO** |
| | By   s/ Mark R. Bradford<br>Mark R. Bradford (MN #335940)<br>3600 American Blvd. West, Suite 670<br>Bloomington, MN 55431<br>Telephone: (612) 474-1433<br>mbradford@banclaw.com |
| | and |
| | **PHILLIP F. FISHMAN LAW OFFICE**<br>Phillip F. Fishman Law Office<br>2915 S. Wayzata Boulevard<br>Minneapolis, MN 55405<br>Telephone: (612) 360-0312<br>phil@pfflegal.com |