UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| AARON KIRK and AMY KIRK, | Case No. 23-CV-1758 (PJS/LIB) |
| Plaintiffs, | |
| v. | |
| CITY OF DULUTH; GORDAN RAMSEY, former Chief of the Duluth Police Department, in his official and personal capacity; MICHAEL CEYNOWA, Chief of the Duluth Police Department, in his official and personal capacity; JEFFREY KAZEL, supervisor with the Duluth Police Department, in his official and personal capacity; RONALD TINSLEY, STEVEN PRUSE, and SARA SCHUTTE, officers with the Duluth Police Department, in their official and current capacities; ROBERT GRYDAHL, former officer with the Duluth Human Rights Commission, in his official and personal capacity; CARL CRAWFORD, officer with the Duluth Human Rights Commission, in his official and personal capacity); DUSTIN JAMES TURCOTTE, | |
| Defendants. | |

---

**NOTICE OF HEARING ON MOTION TO
APPROVE MINOR SETTLEMENT**

---

PLEASE TAKE NOTICE that, on September 16, 2024, at 1:30 p.m., Plaintiffs Aaron Kirk and Amy Kirk shall appear, through counsel, before the Honorable Patrick J. Schiltz, Chief United States District Court Judge for the District of Minnesota, in Courtroom 15 of the United States Courthouse, 300 South Fourth Street, Minneapolis,

Minnesota, and shall move the Court to approve the portion of the parties' settlement that includes a release extending to and including the Kirks' minor daughter.

On July 11, 2024, the Court granted the Kirks' request to appear for this hearing by remote means. The Kirks' counsel will appear in person.

Dated:  August 5, 2024

**BRADFORD ANDERSEN NORRIE & CAMAROTTO**

By   s/ Mark R. Bradford
Mark R. Bradford (MN #335940)
3600 American Blvd. West, Suite 670
Bloomington, MN 55431
Telephone: (612) 474-1433
mbradford@banclaw.com

and

**PHILLIP F. FISHMAN LAW OFFICE**
Phillip F. Fishman Law Office
2915 S. Wayzata Boulevard
Minneapolis, MN 55405
Telephone: (612) 360-0312
phil@pfflegal.com